UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EDWARD ALBERT ERNSTING,  )<br>  )<br>　Defendant.  )<br>  ) | Criminal Action No. 6:24-CR-090-CHB<br><br>**ORDER ADOPTING**<br>**RECOMMENDATION OF**<br>**ACCEPTANCE OF GUILTY PLEA** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

After conducting proceedings under Rule 11, *see* [R. 32], United States Magistrate Judge Hanly A. Ingram recommended that the undersigned accept Defendant Edward Albert Ernsting's guilty plea and adjudge him guilty of Count One and the forfeiture allegation of the Indictment. *Id.* The magistrate judge informed Defendant of each of the subjects mentioned in Rule 11 and determined that the conditional guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. *Id.* at 1–2. The magistrate judge therefore recommended that the plea of guilty be accepted by the undersigned. *Id.* at 2. Judge Ingram imposed a three-day deadline for any objection. *Id.* at 3. That deadline has passed, and neither the defendant nor the United States has objected.

The Court is not required to "review … a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S. 140, 150 (1985); *see also United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28

1

U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

Accordingly, and the Court being otherwise advised,

**IT IS HEREBY ORDERED** as follows:

1.  The Court **ADOPTS** the Report and Recommendation Concerning Plea of Guilty, [**R. 32**], **ACCEPTS** Defendant Ernsting's guilty plea, and **ADJUDGES** him guilty of Count One and the forfeiture allegation of the Indictment to which he pleaded. The Court will issue a separate sentencing order.

This the 9th day of May, 2025.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY